IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEATHER R. OBERDORF and<br>MICHAEL A. OBERDORF, her husband, | : <br> : | |
| Plaintiffs | : | COMPLAINT – CIVIL ACTION |
| | : | |
| v. | : | NO. 4-16-CV-01127-MWB |
| | : | |
| AMAZON.COM, INC., a Washington<br>Corporation, | : <br> : | |
| Defendant | : | JURY TRIAL DEMANDED |

### ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

    Kindly enter the appearance of the undersigned as counsel on behalf of Defendant, **AMAZON.COM, INC.,** with respect to the above-referenced matter.

    Respectfully submitted,

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

*Timothy J. McMahon*

_____
Timothy J. McMahon, Esquire
ID PA 52918
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011
(717) 651-3505

Dated:   July 1, 2016

# CERTIFICATE OF SERVICE

I, Barbara E. Steel, an employee of Marshall, Dennehey, Warner, Coleman & Goggin, do hereby certify that on this 1st day of July 2016, I served a copy of the foregoing document, via electronic mail to the following:

David F. Wilk, Esquire
Lepley Engelman & Yaw, LLC
140 East Third Street
Williamsport, PA  17701

*Barbara E. Steel*

Barbara E. Steel