**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Heather R. Oberdorf, et al.

)
)
)
)
)
)                 ,     )
)
**Plaintiff(s),**     )
)
v.                  )
)
Amazon.Com, Inc.               )     **Civil Action No.** 4:16-CV-01127-M
)
)
)
_____,     )
)
**Defendant(s)/**     )
**Third-Party Plaintiff(s),**     )
)
v.                  )
)
)
)
)
)
)
)
,     )
)
**Third-Party Defendant(s).**  )
_____ )

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant_____,

(type of party)

who is Amazon.Com, Inc._____, makes the following disclosure:

(name of party)

Page 1 of 2

1.     Is the party a non-governmental corporate party?

                    ☑ YES          ☐ NO

2.     If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

There is no parent corporation to Amazon.Com, Inc.

3.     If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

There is no publicly held corporation that owns 10% or more of Amazon.Com, Inc.'s stock.

        The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

_____
Signature of Counsel for Party

Date: August 16, 2016 _____