# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATHER R. OBERDORF and MICHAEL A. OBERDORF, *her husband*, **Plaintiffs** | : : : : COMPLAINT-CIVIL ACTION |
| v. | : : NO. 4-16-CV-01127-M |
| AMAZON.COM, INC., *a Washington Corporation*, **Defendants** | : : JURY TRIAL DEMANDED : : |

## PROOF OF SERVICE

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATHER R. OBERDORF and MICHAEL A. OBERDORF, *her husband*, **Plaintiffs** | :<br>:<br>:<br>: COMPLAINT-CIVIL ACTION |
| v. | :<br>: NO. 4-16-CV-01127-M |
| AMAZON.COM, INC., *a Washington Corporation*, **Defendants** | :<br>: JURY TRIAL DEMANDED<br>: |

## PROOF OF SERVICE

David F. Wilk, Esq., of Lepley, Engelman and Yaw, hereby certifies that a copy of the Waiver of Service of Summons and Complaint filed June 13, 2016 attached hereto was served upon Amazon.com at the business address of 410 Terry Ave., North, Seattle, WA 89109; and 2595 Interstate Drive, Suite 103, Harrisburg, PA 17110. The Waiver of Service of Summons was served via Certified Mail on

June 20, 2016 and June 22, 2016 respectively.  Attached hereto is the return receipt.

                                        Respectfully submitted,

                                        LEPLEY, ENGELMAN & YAW, LLC

                                        <u>/s/ David F. Wilk</u>

                                        David F. Wilk, Esquire
                                        Attorney ID# 65992
                                        140 East Third Street
                                        Williamsport, PA  17701
                                        (570) 323-3768

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Amazon.com
410 Terry Ave. North
Seattle, WA 98109-5210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☑ Agent ☐ Addressee

B. Received by (Printed Name): Amy S
C. Date of Delivery: 6/20/16

D. Is delivery address different from item 1? ☑ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail®  ☐ Priority Mail Express™
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7014 2120 0000 6546 9483

PS Form 3811, July 2013    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Amazon.com
c/o Corporation Service Co.
2595 Interstate Drive,
Suite 103
Harrisburg, PA 17110

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Lboss Ruch ☐ Agent ☐ Addressee

B. Received by (Printed Name): Lindsey Boss-Ruch
C. Date of Delivery: 6-22-16

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail®  ☐ Priority Mail Express™
☐ Registered  ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7014 2120 0000 6546 9490

PS Form 3811, July 2013    Domestic Return Receipt

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Samuel Nielsen<br>C. Date of Delivery |
| 1. Article Addressed to:<br><br>Amazon.com, LLC<br>410 Terry Ave. North<br>Seattle, WA 98109-5210 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☒ Insured Mail   ☐ Collect on Delivery |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7014 2120 0000 6546 9476 |

PS Form 3811, July 2013   Domestic Return Receipt

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATHER R. OBERDORF and MICHAEL A. OBERDORF, *her husband*,<br>**Plaintiffs**<br><br>v.<br><br>AMAZON.COM, INC., *a Washington Corporation*,<br>**Defendants** | COMPLAINT-CIVIL ACTION<br><br>NO. 4-16-CV-01127-M<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

**AND NOW**, comes David F. Wilk, Esquire, hereby certifies that a true and correct copy of the within Proof of Service has been served upon:

**VIA ECF**
Timothy J. McMahon, Esquire
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011

this 26th day of August, 2016.

**LEPLEY, ENGELMAN & YAW, LLC**

/s/ David F. Wilk
David F. Wilk, Esquire
140 East Third Street
Williamsport, PA 17701
I.D.# 65992
(570) 323-3768