IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEATHER R. OBERDORF and MICHAEL A. OBERDORF, *her husband*, | : : : : : : : : : : : : | No.: 4:16-CV-01127 (Judge Brann) |
| Plaintiffs, | | |
| v. | | |
| AMAZON.COM, INC., *a Washington Corporation*, | | |
| Defendant. | | |

## ORDER

**AND NOW**, this 27th day of October 2017, in light of Defendant's Motion for Summary Judgment [ECF No. 29], **IT IS HEREBY ORDERED** that:

1. The case be **REMOVED** from the February 2018 trial list, and will be rescheduled, if necessary, upon the resolution of the pending dispositive motion.

2. The deadlines for filing motions in limine and supporting briefs, pretrial memoranda, proposed voir dire questions and proposed jury instructions are **CANCELLED** and will be rescheduled, if necessary, upon the resolution of the pending dispositive motion.

3. The final pretrial conference scheduled for December 20, 2017 is **CANCELLED** and will be rescheduled, if necessary upon the resolution of the pending dispositive motion.

4. This Order supersedes all previous scheduling Orders.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge