# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATHER R. OBERDORF, <br> MICHAEL A. OBERDORF, <br><br> Plaintiffs. <br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. | No. 4:16-CV-01127 <br><br> (Judge Brann) |

**ORDER**

**AND NOW**, this 21st day of December 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment, ECF No. 29, is **GRANTED.**

2. The Clerk of Court is directed to enter judgment in favor of the Defendant and close the case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge