AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| HEATHER R. OBERDORF and MICHAEL A. OBERDORF <br> *Plaintiff* <br> v. <br> AMAZON.COM, INC. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 4:16-CV-01127 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   Final Judgment is entered in favor of Defendant in accordance with this Court's Memorandum Opinion and Order dated December 21, 2017, ECF No. 50 and 51.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Matthew W. Brann   on a motion for Summary Judgment [ECF No. 29]

Date: December 21, 2017

CLERK OF COURT

*/s/ Janel R Noone*

*Signature of Clerk or Deputy Clerk*