IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATHER R. OBERDORF and<br>MICHAEL A. OBERDORF, *her husband*,<br>**Plaintiffs** | CIVIL ACTION |
| v. | NO. 4-16-CV-01127-M |
| AMAZON.COM, INC., *a Washington Corporation*,<br>**Defendants** | Judge Brann |

## NOTICE OF APPEAL

Notice is hereby given that Heather Oberdorf and Michael Oberdorf, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Third Circuit from an Order Granting Defendant's Motion for Summary Judgment (Document. No. 51) entered in this action on 21 December 2017 in favor of Defendant and against Plaintiffs.

Respectfully submitted,

/s/ David F. Wilk, Esq.
David F. Wilk, Esq.
ID#65992
140 East Third Street
Williamsport, PA 17701
570-323-3768 (telephone)
Attorney for Plaintiffs