# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATHER R. OBERDORF and MICHAEL A. OBERDORF, her husband<br><br>    Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Washington Corporation,<br><br>    Defendant. | Civil Action No. 4-16-CV-01127-M |

## AMAZON.COM, INC.'S BILL OF COSTS

Judgment having been entered in the above-captioned action on December 21, 2017 against Plaintiffs Heather R. Oberdorf and Michael A. Oberdorf, the Clerk is requested to tax the following as costs:

> Fees for printed or electronically recorded transcripts necessarily obtained for use in the case, Exhibit A – $1,821.55

**TOTAL:**   **$1,821.55**

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill of costs

has been served on opposing counsel via Electronic Service on January 9, 2018, as follows:

>David F. Wilk, Esquire
>Lepley Engelman & Yaw, LLC
>140 East Third Street
>Williamsport, PA  17701

Respectfully submitted,

MARSHALL DENNEHEY
WARNER COLEMAN & GOGGIN

DATED:  January 9, 2018          By: _____
Timothy J. McMahon, Esquire
PA ID#52918
Attorney for Defendant Amazon
100 Corporate Center Drive, Ste. 201
Camp Hill, PA  17011
Ph.  717-651-3505
Fax  717-651-3707
Email: tjmcmahon@mdwcg.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HEATHER R. OBERDORF and
MICHAEL A. OBERDORF, her
husband

        Plaintiffs,

v.

AMAZON.COM, INC., a
Washington Corporation,

        Defendant.

Civil Action No. 4-16-CV-01127-M

## TAXATION OF COSTS

Costs are taxed in the amount of **$1,821.55** and included in the judgment.

_____  By: _____
*Clerk of Court*                       *Deputy Clerk*


_____

        Date: _____

## CERTIFICATE OF SERVICE

I, Janice Holzer, an employee of Marshall Dennehey Warner Coleman & Goggin, do hereby certify that on this 9th day of January, 2018, I served the foregoing document via electronic filing and/or First Class United States mail, postage prepaid, as follows:

> David F. Wilk, Esquire
> Lepley Engelman & Yaw, LLC
> 140 East Third Street
> Williamsport, PA  17701
> *Attorney for Plaintiffs*

_____
Janice Holzer