# Exhibit "A"

41018-104 TGM

# ESQUIRE

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice INV0916390**

| | |
|---|---|
| Date | 1/25/2017 |
| Terms | Net 30 |
| Due Date | 2/24/2017 |

| | |
|---|---|
| Client Number | C06082 |
| Esquire Office | Philadelphia |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client Claim/Matter # | |
| Date of Loss | |

**Bill To**
Marshall Dennehey Warner Coleman & Goggin - Camp Hill
100 Corporate Center Drive
Suite 201
Camp Hill PA 17011

**Services Provided For**
Marshall Dennehey Warner Coleman & Goggin - Camp
McMahon, Timothy J
100 Corporate Center Drive
Suite 201
Camp Hill PA 17011

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 1/9/2017 | J0490538 | Williamsport, PENNSYLVANIA | OBERDORF, HEATHER R. AND OBERDORF, MICHAEL A., H... |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - O&1-WI | Heather Oberdorf | 260 | 3.65 | 949.00 |
| EXHIBITS W/TABS | Heather Oberdorf | 31 | 0.50 | 15.50 |
| CONDENSED TRANSCRIPT | Heather Oberdorf | 1 | 25.00 | 25.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Heather Oberdorf | 1 | 45.00 | 45.00 |
| HANDLING FEE | Heather Oberdorf | 1 | 0.00 | 0.00 |
| EXHIBITS COLOR | Heather Oberdorf | 3 | 1.95 | 5.85 |

Representing Client: Marshall Dennehey Warner Coleman & Goggin - Philadelphia : Marshall Dennehey Wa..

| | |
|---|---|
| Subtotal | 1,040.35 |
| Shipping Cost (FedEx) | 35.50 |
| Total | 1,075.85 |
| **Amount Due** | **$1,075.85** |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

www.esquireconnect.com

**Remit to:**
Esquire Deposition Solutions, LLC
P.O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Marshall Dennehey Warner Col... |
| Client # | C06082 |
| Invoice # | INV0916390 |
| Invoice Date | 1/25/2017 |
| Due Date | 2/24/2017 |
| Amount Due | $ 1,075.85 |

**Veritext Corp**
**Mid-Atlantic Region**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 610-434-8588 Fax. 215-241-1539
Fed. Tax ID: 20-3132569



| Bill To: | Timothy J. McMahon, Esq.
Marshall Dennehey Warner Coleman & Goggin
2000 Market St
Ste 2300
Philadelphia, PA, 19103 | Invoice #: | PA3138744 |
|---|---|---|---|
| | | Invoice Date: | 10/31/2017 |
| | | Balance Due: | $745.70 |

| Case: | Oberdorf, Heather And Michael v. Amazon.Com, Inc | Claim No: | 41018.00104 |
|---|---|---|---|
| Job #: | 2722240 | Job Date: 10/19/2017 | Delivery: Normal | | |
| Billing Atty: | Timothy J. McMahon, Esq. | | |
| Location: | Robson Forensic, Inc.
354 N. Prince Street | Lancaster, PA 17603 | | |
| Sched Atty: | Janice Holzer | Marshall Dennehey Warner Coleman & Goggin | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Brian O'Donel | Original with 1 Certified Transcript | Page | 183.00 | $3.25 | $594.75 |
| | Attendance Fee | 1 | 1.00 | $75.00 | $75.00 |
| | Exhibits | Per Page | 3.00 | $0.65 | $1.95 |
| | Litigation Package | 1 | 1.00 | $46.00 | $46.00 |
| | Shipping & Handling - Messenger Service | 1 | 1.00 | $28.00 | $28.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $745.70 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $745.70 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

53477

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | PA3138744 |
|---|---|
| Job #: | 2722240 |
| Invoice Date: | 10/31/2017 |
| Balance: | $745.70 |