## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HEATHER R. OBERDORF and           :
MICHAEL A. OBERDORF, her          :
husband                           :
                                  :
            Plaintiffs,           :
                                  :
      v.                          :        Civil Action No. 4-16-CV-01127-M
                                  :
AMAZON.COM, INC., a               :
Washington Corporation,           :
                                  :
            Defendant.            :
                                  :

## TAXATION OF COSTS

Costs are taxed in the amount of **$1,821.55** and included in the judgment.

_____      By:   _____
*Clerk of Court*                           *Deputy Clerk*

_____      Date: _____