# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 18-1041

Heather Oberdorf, et al v. Amazon.com Inc

(U.S. District Court No.: 4-16-cv-01127)

## ORDER

At the direction of the Court, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: September 23, 2020

kr/cc:   All Counsel of Record
        Mr. Peter J. Welsh, Clerk

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate