IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

4:16-cv-01127-MWB

---

**HEATHER R. OBERDORF** and
**MICHAEL A. OBERDORF**, *her husband*

v.

**AMAZON.COM, INC.,** *a Washington Corporation*

_____

**STIPULATION OF DISMISSAL**

---

David F. Wilk, Esq.
PA. ID# 65992
Lepley, Engelman, Yaw & Wilk LLC
140 East Third St.
Williamsport, PA  17701
570-323-3768

## STIPULATION OF DISMISSAL

By and through their respective counsel, the Parties hereby stipulate to the dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The parties shall bear their own costs.

| | |
|---|---|
| */s/ David F. Wilk* | */s/ Vlada Tasich* |
| David F. Wilk, Esq.<br>PA. ID# 65992<br>Lepley, Engelman, Yaw & Wilk, LLC<br>140 East Third St.<br>Williamsport, PA  17701<br>570-323-3768<br>Counsel for Plaintiffs | Vlada Tasich, Esq.<br>ID# 88679<br>Marshall Dennehey Warner<br>Coleman & Goggin<br>2000 Market St, Suite 2300<br>Philadelphia, PA  19103<br>215-575-2659<br>Counsel for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2020 an electronic copy of the foregoing Stipulation of Dismissal was filed with the Clerk of Court for the United States District Court for the Middle District of Pennsylvania using the CM/ECF system, and that service will be accomplished via the CM/ECF system to all parties.

/s/ David F. Wilk
David F. Wilk, Esq.
PA. ID# 65992
Lepley, Engelman, Yaw & Wilk, LLC
140 East Third St.
Williamsport, PA  17701
570-323-3768
Counsel for Plaintiffs
